S.D.N.Y.
10-cr-746
Batts, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand fifteen.

Present:
> José A. Cabranes,
> Chester J. Straub,
> > *Circuit Judges*,
> Lorna G. Schofield,*[*]
> > *District Judge.*

United States of America,

> *Appellee*,

v.

13-4505 (L),
14-625 (Con),
14-1847 (Con)

Oscar Alexander Castro-Portela, AKA Sealed Defendant 2, AKA Gonzo, et al.,

> *Defendants*,

Angelica Bonilla-Caycedo, AKA Sealed Defendant 7, AKA Angie, Yino Hernandez-Cardona, AKA Sealed Defendant 1, AKA Gino, Luis Eduardo Rodriguez-Pineda, AKA Sealed Defendant 5, AKA Paisano,

> *Defendants -Appellants*.

---

[*]Judge Lorna G. Schofield, of the United States District Court for the Southern District of New York, sitting by designation.

Appellee moves to dismiss the appeal of Luis Eduardo Rodriguez-Pineda in 2d Cir. 14-1847 (Con) as untimely filed. Upon due consideration, and with the consent of Appellant, it is hereby ORDERED that Appellee's motion is GRANTED and the appeal is DISMISSED. *See* Fed. R. App. P. 4(b); *United States v. Frias*, 521 F.3d 229, 234 (2d Cir. 2008).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk